UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHARMACORR, LLC
_____,

Plaintiff(s),

v.

GRAND PRAIRIE HEALTHCARE SERVICES
_____,

Defendant(s).
_____/

Case No. 24-cv-11324
HON. MARK A. GOLDSMITH

**ORDER STRIKING DOCUMENT (Dkt. 20 )**

The Court has reviewed the following document: motion to permit second amended complaint

(Dkt. 20 ).  The Court finds that it should be stricken for the following reason(s):

☐ Missing or insufficient statement of non-concurrence.  See LR 7.1(a).

☐ Over-length.  See LR 7.1(d)(3).

☐ Wrong font size.  See LR 5.1(a)(3).

☐ Missing required information (e.g., concise statement of issues, controlling or most appropriate authority, etc.).  See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.).  See LR 5.1(a)(2).

☐ Does not comply with the Case Management Order in this case for the following reasons:

_____

_____

_____.

☑ Other: Filing does not comply with Court's order regarding protocols on filings and

communication with Court (Dkt. 18)

_____.

Accordingly, the Court strikes the document. _____Plaintiff_____ shall file a corrected

document that complies with all requirements on or before ___September 4, 2024___.

SO ORDERED.

Dated: August 29, 2024
    Detroit, Michigan

s/ Mark A. Goldsmith
_____
MARK A. GOLDSMITH
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on _August 29, 2024_.

s/Holly Ryan
_____
Holly Ryan
Case Manager